FILED

2022 JUN -2 AM 9:23

DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America     PLAINTIFF(S)<br>v.<br>Derrick Harrison Enrico Brooks, Jr.<br><br>DEFENDANT(S). | CASE NUMBER  **MJ 22-02170**<br>CR-22-00175-PHX-SMB<br><br>**DECLARATION RE<br>OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: ___indictment___
in the ___U.S. District Court___ District of ___Arizona___ on ___March 15, 2022___
at ___Unknown___ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about ___12/1/2021 to about 2/13/2022___
in violation of Title ___18___ U.S.C., Section(s) ___1594(c), 1591, 1581(a), 1591(b)(1),2421(a), 2422(a)___
to wit: ___sex trafficking by force, fraud or coercion___

A warrant for defendant's arrest was issued by: ___US District Court, District of Arizona, Deputy Clerk Rebecca Kobza___

Bond of $ ___NO BAIL___ was ☐ set / ☒ recommended.

Type of Bond:

Relevant document(s) on hand (attach):   ___indictment, warrant, case summary___

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   ___6/2/2022___
                Date

| | |
|---|---|
| *[signature]*<br>Signature of Agent | Gitana Gotay<br>Print Name of Agent |
| FBI<br>Agency | Special Agent<br>Title |

---

CR-52 (03/20)                              DECLARATION RE OUT-OF-DISTRICT WARRANT