| Submit this form by e-mail to: | | FILED |
|---|---|---|
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov | For Los Angeles criminal duty. | |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov | For Santa Ana criminal duty. | 2022 JUN -2 AM 9: 24 |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov | For Riverside criminal duty. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br>CR-22-00175-PHX-SMB-2 |
|---|---|
| Derrick Harrison Enrico Brooks, Jr.<br>USMS# _____ DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT      **MJ 22-02170**

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 6/02/2022 at 7:30 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18:1591(a), 1591(b)(1)- Sex Trafficking by Force, Fraud & Coercion

5. Offense charged is a:  ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes   Language: _____

7. Year of Birth: 1985

8. Defendant has retained counsel:  ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Vivian

10. Remarks (if any): None

11. Name: Gitana Gotay   (please print)

12. Office Phone Number: 213-358-8626

13. Agency: FBI

14. Signature: _____

15. Date: 6/2/2022

CR-64 (09/20)     REPORT COMMENCING CRIMINAL ACTION